UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL F. LANGROCK,** | Case No. LA CV 17-06750-VBF-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| VENTURA COUNTY SHERIFF, | |
| Respondent. | |

Pursuant to this Court's Order summarily dismissing the habeas corpus petition, **IT IS ADJUDGED that this action is dismissed without prejudice.**

Dated: October 26, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge